JH

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

In the United States District Court
For SUPERIOR COURT

JUAN C MARTINCZ
[Enter above the full name of
the plaintiff in this action.]

v.

[redacted] 06 50S

JACK WARDEN CHAMMAN
ANTHONY AMARAL
THE DEPARMENT OF CORRECTIONS
[Enter above the full name of the
defendant or defendants in this action.]

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ] No [X]

B. If your answer to A is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.]

1. Parties to this previous lawsuit

Plaintiffs ______________________

______________________

Defendants ______________________

______________________

2. Court [if federal court, name the district; if state court, name the county]

______________________

3. Docket number ______________________

4. Name of judge to whom case was assigned ______________________

5. Disposition [for example: Was the case dismissed? Was it appealed? Is it still pending?]

6. Approximate date of filing lawsuit ______________________

7. Approximate date of disposition ______________________

II. Place of Present Confinement ______________________

A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No[ ]

C. If your answer is YES

1. What steps did you take? INeed program sex ofence Mr. peter Loss INeed moved Midumu 1

2. What was the result? NATiNL

D. If your answer is NO, explain why not NO

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes[X] No[ ]

F. If your answer is YES,

1. What steps did you take? ______________________

2. What was the result? NOT WANT To LISTEN To ME

III. Parties

[In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff JUAN C MARTINEZ

Address P.O BOX 8200 CRANSTON R.I 02920

[In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.]

B. Defendant JACK WArden CHAPMAN is employed as CLASSIFICATION Program at The Department of CorrecTions

C. Additional Defendant ANTHONY AMARAL is employed as The DepartmenT of CorrecTion Counsel

IV. Statement of Claim

[State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

IAM WriTin because Honorable Judge RAgosta SUPERIOR CouRT give To me Program sex OFence H.S.C NOT HAVE program To me sex oFense INeed program The WArden Counsel ClASSIFICATION NOT LISTen To me NoT moved To program Sex OFence INeed recommende DepArtmet of CorrecTion moved is program

V. Relief

[*State briefly exactly what you want the court to do for you.*] Make no legal arguments. Cite no cases or statutes.]

INeed Recommend DEpART meT of CorrecTion Moved relocaTed Th plainTif To program sex oFence Mr. PeTer Loss because H.SC NoT Have program Sex oFence

Signed this 30 day of JANUrAY, ~~19~~ 2006

[signature]
[Signature of Plaintiff]

I declare under penalty of perjury that the foregoing is true and correct.

30/1/06 [signature]

[Date] [Signature of Plaintiff]