UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN C. MARTINEZ

V. C.A. No. 06-50S

JACK WARDEN CHAMMAN, ET AL.

**ORDER OF DISMISSAL**

Plaintiff was directed by this Court on February 21, 2006 to pay the initial filing fee of $250.00 within twenty days of the date of Magistrate Judge Jacob Hagopian's Order dated February 21, 2006. Since Plaintiff has failed to pay the filing fee as of this date, this case is hereby dismissed.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 3/29/06